UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

v.                                                          Case No. 22-mj-317 HB

ISAAC RENE MORAN

AFFIDAVIT OF THOMAS J. MAHER

I, Thomas J. Maher, being duly sworn, state the following:

1. Your affiant is a licensed Police Officer in Minnesota, employed by the Ramsey County Sheriff's Department for the last 7 years. Your affiant is currently assigned as a Task Force Officer ("TFO") with the Drug Enforcement Administration Minneapolis/St. Paul District Office ("DEA"). Prior to this assignment your affiant was a narcotics investigator with the Ramsey County Violent Crimes Enforcement Team ("VCET"). Primary responsibilities as a VCET Investigator include conducting investigations of large scale trans-national Drug Trafficking Organizations ("DTO"). During your affiant's law enforcement career, I have been involved in the undercover and controlled purchase of narcotics, the management of and extensive debriefing of confidential informants, the tracing of drug proceeds, and the acquisition and execution of over one hundred search warrants. As a result, I have arrested numerous individuals for violating both state and federal statutes with regards to the possession, manufacture, and sale of controlled substances, and for money laundering violations. I have conducted and or participated in numerous state and federal investigations targeting all level of drug traffickers from state and local traffickers to international organizations. Meanwhile, I have routinely applied for

and utilized court orders to obtain cellular telephone GPS tracking, call records, and information contained within devices to further a particular investigation.

2. I make this affidavit in support of a criminal complaint and arrest warrant charging defendant Isaac Rene MORAN with possession with intent to distribute methamphetamine, in violation of 21 U.S.C. Sections 841(a)(1), 841(b)(1)(A).

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, investigators, and witnesses. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This Affidavit contains information necessary to support probable cause for this complaint and arrest warrants. It does not set forth all of my knowledge about this matter.

4. On December 20, 2021, at approximately 5:00 p.m., law enforcement observed a vehicle cross over the center line of a public road several times. Officers conducted a traffic stop of the vehicle in Mound, State and District of Minnesota.

5. Officers approached the vehicle and identified the driver and sole occupant by his Arizona driver's license as Isaac Rene MORAN. Officers smelled marijuana coming from the vehicle and MORAN told the officers that his girlfriend smokes marijuana. Officers searched the vehicle and found a suitcase in the trunk that contained over 21 pounds (approximately 9.7 kilograms) of crystalline substance which field tested positive for methamphetamine. Officers also found Ziploc bags of U.S. currency which contained $28,140. From my training and experience, this amount of methamphetamine is consistent with the intent to distribute methamphetamine.

## CONCLUSION

6.  Based upon the facts conveyed in this affidavit, your affiant believes that probable cause has been established, demonstrating that, on or about December 20, 2021, in the State and District of Minnesota, defendant Isaac Rene MORAN did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A).

Further your Affiant sayeth not.

_____ 4-18-2022 3:19pm
Thomas J. Maher
Task Force Officer, DEA

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime/Zoom
and email) pursuant to Fed. R. Crim. P. 41(d)(3)
this __18__ day of April, 2022.

_____
THE HONORABLE HILDY BOWBEER
UNITED STATES MAGISTRATE JUDGE